UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KENNETH TAYLOR,<br><br>　　　　Defendant. | Case No. 06-cv-4060-JPG |

## **ORDER**

　　This matter comes before the Court on the Notice of Voluntary Dismissal Without Prejudice (Doc. 10) pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) filed by plaintiffs Atlantic Recording Corporation, Arista Records LLC, BMG Music, Capitol Records, Inc., and UMG Recordings, Inc.  Rule 41(a)(1)(I) allows dismissal of an action by a plaintiff without a court order at any time before service by an adverse party of an answer or of a motion for summary judgment, whichever first occurs.  The defendant has not filed an answer or motion for summary judgment in this case.  Because the plaintiffs have an absolute right to dismiss this case at the present time, the Court finds that this action is **DISMISSED without prejudice** and **DIRECTS** the Clerk of Court to close the file on this case.

**IT IS SO ORDERED.**
**DATED:  July 26, 2006**

　　　　　　　　　　　　　　　　　　　　s/ J. Phil Gilbert
　　　　　　　　　　　　　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**