UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ATLANTIC RECORDING
CORPORATION, a Delaware corporation,
ARISTA RECORDS LLC, a Delaware
limited liability company, BMG MUSIC,
a New York general partnership, CAPITOL
RECORDS, INC., a Delaware corporation,
and UMG RECORDINGS, INC., a Delaware
corporation,

        Plaintiffs,

  v.

KENNETH TAYLOR,

        Defendant.

Case No. 06-cv-4060-JPG

## JUDGMENT

This matter having come before the Court, and the plaintiffs having filed a notice of voluntary dismissal without prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**NORBERT JAWORSKI**

Dated:  July 26, 2006        s/ Brenda K. Lowe


Approved:   s/ J. Phil Gilbert
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**